United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **JOSE GREGORIO RODRIGUEZ GOMEZ,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 5:26-CV-00958** |
| § | |
| **WARDEN RIO GRANDE DETENTION** § | |
| **CENTER,** *et al.*, § | |
| § | |
| **Respondents.** § | |

**FINAL JUDGMENT**

For the reasons set forth in its Order, the Court granted Petitioner's Petition for Writ of

Habeas Corpus, (Dkt. 1). Accordingly, the Court now enters final judgement. The Clerk of Court

is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines

that may be associated with this case.

IT IS SO ORDERED.

SIGNED this June 25, 2026.

_____
Diana Saldaña
United States District Judge